JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

David Plastik,

                    Plaintiff,

v.

Red Blue Media, Inc.,

                    Defendant.

Case No. 2:21-cv-05276-SB-SK

**ORDER GANTING JOINT STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)**

 

Having read and considered the stipulated Notice of Voluntary Dismissal, filed by Plaintiff David Plastik and Defendant Red Blue Media, Inc., IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses, and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

Dated:  January 13, 2022

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1